IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CAROL HOLNESS,

     Appellant,

v.

AMERICAN AIRLINES and
SEDGWICK/CMS,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5256

Opinion filed October 24, 2017.

An appeal from an order of the Judge of Compensation Claims.
Gerardo C. Castiello, Judge.

Date of Accident: November 30, 2014.

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Clinton C. Lyons, Jr., of Moran Kidd Lyons Johnson, P.A., Orlando, for Appellees.

PER CURIAM.

Upon review of the parties' responses to this Court's order to show cause why this appeal should not be dismissed as moot based on the Court's resolution of case number 1D16-2438, this appeal is hereby DISMISSED.

ROBERTS, RAY, and OSTERHAUS, JJ., CONCUR.